UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| ANGELA DIZER | * | CIVIL ACTION NO. 3:10CV699 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| DOLGENCORP, INC., ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion for summary judgment [doc. # 25] filed by defendant, Dolgencorp, Inc., is hereby **GRANTED**, and that judgment is entered in favor of said defendant, dismissing with prejudice plaintiff's complaint, in its entirety.  Fed. R. Civ. P. 56.

THUS DONE AND SIGNED this 24th day of February 2012, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE